IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL FETZER,

    Plaintiff,

v.                               Case No. 4:19cv492-MW/HTC

CHAD POPPELL, Secretary
of the Florida Department of
Children and Families,
JEREMY BARR, President,
Well Path Solutions Correct Care, LLC,
DONALD SAWYER, Administrator
of the Florida Civil Commitment
Center,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii) as malicious and for failure to state a claim."

1

The Clerk shall also close the file.

**SO ORDERED on January 30, 2020.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
